JUDGE CASTEL

Bennett, Giuliano, McDonnell & Perrone, LLP
Attorneys for Plaintiff PCL (Shipping) Pte, Ltd.
225 West 34th Street, Suite 402
New York, New York 10122
Telephone:   (646) 329-0120
Facsimile:    (646) 328-0121
William R. Bennett, III  (WB 1383)
wbennett@bgmplaw.com

**07 CIV 7885**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

PCL (SHIPPING) PTE, LTD.,            07-CIV-

        Plaintiff,

    - against -                            **7.1 STATEMENT**

BRITTANIA BULK PLC,

        Defendant.
-------------------------------------------------------X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff (private non-governmental parties) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which own 10 percent or more of said parties' stock: NONE.

Dated: September 5, 2007
        New York, New York

                                         Bennett, Giuliano, McDonnell & Perrone, LLP
                                         Attorneys for Plaintiff PCL (Shipping) Pte, Ltd.

                                         _/s/ William R. Bennett_
                                         William R. Bennett, III
                                         225 West 34th Street, Suite 402
                                         New York, New York 10122
                                         (646) 328-0120

Z:\Documents\All Files\D701 ALPHA HAPPINESS\Pleadings\7.1Stmt-090507.doc