JUDGE CASTEL

Bennett, Giuliano, McDonnell & Perrone, LLP
Attorneys for Plaintiff PCL (Shipping) Pte, Ltd.
225 West 34th Street, Suite 402
New York, New York 10122
Telephone:   (646) 329-0120
Facsimile:   (646) 328-0121
William R. Bennett, III  (WB 1383)
wbennett@bgmplaw.com

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/7/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PCL (SHIPPING) PTE, LTD.,

           Plaintiff,

  - against -

BRITTANIA BULK PLC,

           Defendant.
------------------------------------------------------------X

07-CIV-

**EX PARTE ORDER FOR PROCESS OF MARITIME ATTACHMENT AND APPOINTMENT TO SERVE PROCESS**

_____, District Judge:

On September 6, 2007, Plaintiff filed a Verified Complaint seeking damages of $33,000.00 arising from defendant's breach of a maritime contract commonly known as a charter party. That same day, Plaintiff also moved for the Court to issue, *ex parte*, Process of Maritime Attachment and Garnishment ("Process") under Rule B of the Supplemental Rules for Certain Admiralty Claims. The Process would command the U.S. Marshal or other designated process server to attach any and all of the defendant's property within this District, up to the amount of Plaintiff's claim under the charterparty. The Court has reviewed the Verified Complaint and the supporting affidavit of William R. Bennett, III, and finds that the requirements of Rule B appear to be satisfied.

Plaintiff also sought to appoint Mr. Bennett, or any other person appointed by Bennett, Giuliano, McDonnell & Perrone, LLP, counsel for Plaintiff, to serve Process in this matter. The Court has reviewed Mr. Bennett's affidavit and found that the appointment would result in substantial economics in time and expense, and signed an Order of Appointment.

Accordingly, it is hereby

ORDERED that Process under Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims shall issue against Defendant's assets in this district consisting of cash, funds, freight, and hire credits in the hands of BNP Baribas, Fortis Bank, JP Morgan Chase, Deutsche bank, HSBC (USA) Bank, Doha Bank, American Express Bank, Citibank, and/or other New York City banks and financial institutions, in an amount up to and including $33,000.00. Subsequent supplemental service may be made ~~by fax or email~~ on the garnishing banks and financial institutions, *provided the garnishee consents to same*. It is further

ORDERED that any person claiming an interest in the property attached or garnished pursuant to this order shall, upon application to the Court, be entitled to a prompt hearing at which the Plaintiff shall be required to show cause why the attachment and garnishment should not be vacated or other relief granted. It is further

ORDERED that supplemental process enforcing this Order may be issued by the Clerk upon application without further order of the Court. It is further

ORDERED that a copy of this Order be attached to and served with the Process.

Dated: September 7, 2007
New York, New York

SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

Z:\Documents\All Files\D701 ALPHA HAPPINESS\Pleadings\ExParteOrder-090507.doc

2