JUDGE CASTEL

**Bennett, Giuliano, McDonnell & Perrone, LLP**
**Attorneys for Plaintiff PCL (Shipping) Pte, Ltd.**
**225 West 34th Street, Suite 402**
**New York, New York 10122**
**Telephone: (646) 329-0120**
**Facsimile: (646) 328-0121**
**William R. Bennett, III (WB 1383)**
**wbennett@bgmplaw.com**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: __________
DATE FILED: 9/7/07

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

PCL (SHIPPING) PTE, LTD.,

Plaintiff,

- against -

BRITTANIA BULK PLC,

Defendant.

---------------------------------------------------------------X

07 CIV 7885

**ORDER FOR APPOINTMENT TO SERVE PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT**

Plaintiff having moved for an Order pursuant to Fed. R. Cic. P. Rule 4(c) appointing William R. Bennett, III or any other person appointed by Bennett, Giuliano McDonnell & Perrone, LLP, to serve process of attachment and garnishment in this matter, and it appearing from the affidavit of William R. Bennett, III, Esq., that such appointment will result in substantial economies in time and expense,

**NOW,** on motion of Bennett, Giuliano, McDonnell & Perrone, LLP, attorneys for plaintiff, it is

**ORDERED** that William R. Bennett, III or any other person at least 18 years of age and not a party to this action, appointed by Bennett, Giuliano, McDonnell & Perrone, LLP, be and hereby is appointed to serve process of attachment and garnishment in this matter.

Dated: New York, New York
September 5, 2007

U.S.D.C.J.

9-7-07

Z:\Documents\All Files\D701 ALPHA HAPPINESS\Pleadings\OrdApptSrvProcMrtmAtchmtGrnmt-090507.doc