**Bennett, Giuliano, McDonnell & Perrone, LLP**
Attorneys for Plaintiff PCL (Shipping) Pte, Ltd.
225 West 34th Street, Suite 402
New York, New York 10122
Telephone: (646) 329-0120
Facsimile: (646) 328-0121
William R. Bennett, III (WB 1383)
wbennett@bgmplaw.com

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/9/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

PCL (SHIPPING) PTE, LTD.,                    07-CIV-7885

                Plaintiff,
                                             **STIPULATION OF**
                                             **VOLUNTARY DISCONTINUANCE**
- against -

BRITTANIA BULK PLC,

                Defendant.
------------------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED** by the attorneys for the Plaintiff that the referenced matter has been resolved prior to defendant having appeared, that no party is an infant, incompetent person for whom a committee has been appointed or conservator appointed and no person not a party has an interest in the subject matter of the action, accordingly the above entitled action is voluntarily discontinued without costs against either party. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: New York, New York
       November 7, 2007

                                            Bennett, Giuliano, McDonnell & Perrone, LLP

SO ORDERED
*[signature]*
USDJ
11-9-07

                                            *[signature]*
                                            William R. Bennett, III, Esq.